RANDOLPH E. DAAR SBN 88195
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
MARLON SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 14-CR-00196-CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE DECEMBER 16, 2015, SENTENCING HEARING |
| v. | |
| MARLON SULLIVAN<br>LELAND YEE<br>BRANDON JAMELLE JACKSON and<br>KEITH JACKSON, | |
| Defendants. | |

**WHEREAS**, defendant Brandon Jamelle Jackson's attorney, Tony Tamburello, is presently in jury trial in San Francisco, which is not expected to end until the beginning of next year.

**WHEREAS**, defendants Marlon Sullivan, Leland Yee, Brandon Jamelle Jackson, and Keith Jackson; and the United States, request that the Court continue the sentencing hearing presently scheduled for December 16, 2015, to February 10, 2016.

**WHEREAS**, counsel for defendant Marlon Sullivan has confirmed with Judge Breyer's Calendar Clerk that the Court is currently available for a hearing on February 10, 2016.

**WHEREAS**, counsel for defendants Marlon Sullivan, Leland

Yee, Brandon Jamelle Jackson, and Keith Jackson have conferred with their respective Probation Officers, and each of the Probation Officers are currently available for a hearing on February 10, 2016.

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the United States and counsel for defendants Marlon Sullivan, Leland Yee, Brandon Jamelle Jackson, and Keith Jackson that, subject to the Court's approval, the sentencing hearing presently set for December 16, 2015, be continued and set for hearing on February 10, 2016.

```
Dated: November 24, 2015        MELINDA HAAG
                                United States Attorney

                           By    /s/ SUSAN E. BADGER
                                William Frentzen
                                Susan E. Badger
                                S. Waqar Hasib
                                Assistant United States Attorneys

Dated: November 24, 2015        MURPHY, PEARSON, BRADLEY, & FEENEY

                           By    /s/ JAMES A. LASSART
                                James A. Lassart
                                Nicholas C. Larson
                                Attorneys for Defendant
                                LELAND YEE

Dated: November 24, 2015        MORRISON & FOERSTER LLP

                           By    /s/ S. RAJ CHATTERJEE
                                James J. Brosnahan
                                S. Raj Chatterjee
                                Attorneys for Defendant
                                KEITH JACKSON

Dated: November 24, 2015        LAW OFFICE OF TONY TAMBURELLO

                           By    /S/ TONY TAMBURELLO
                                Tony Tamburello
                                Attorney for defendant
                                BRANDON JAMELLE JACKSON

Dated: November 24, 2015        LAW OFFICE OF RANDOLPH E. DAAR

                           By    /S/ RANDOLPH E. DAAR
```

```
                                        Randolph E. Daar
                                        Attorney for Defendant MARLON
                                        SULLIVAN
```

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

3