UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 14-CR-00196-CRB |
| Plaintiff, | [PROPOSED] ORDER CONTINUING DECEMBER 16, 2015, |
| v. | <u>SENTENCING HEARING</u> |
| MARLON SULLIVAN<br>LELAND YEE<br>BRANDON JAMELLE JACKSON and<br>KEITH JACKSON, | |
| Defendants. | |

Upon the stipulation of the United States and defendants Marlon Sullivan, Leland Yee, Brandon Jamelle Jackson, and Keith Jackson, **IT IS HEREBY ORDERED** that the sentencing hearing presently scheduled for December 16, 2015, be continued to February 10, 2016,

**IT IS SO ORDERED.**

Dated: _____
Hon. Charles R. Breyer
Senior United States District Judge

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1