IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al.<br><br>　　　　Defendants._____/ | No. CR 14-00196 CRB<br><br>**ORDER DIRECTING SUBMISSION** |

　　As to all witnesses Defendant may call, save and except for the Defendant, please submit a detailed, written offer of proof, under seal and ex parte, by Monday, December 14, 2015, as to what each witness's testimony would be. It is not necessary that Defendant make a selection from this list until the government has rested.

　　**IT IS SO ORDERED.**

Dated: November 25, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE