1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney

2  DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   SUSAN E. BADGER (CABN 124365)
5  S. WAQAR HASIB (CABN 234818)
   Assistant United States Attorneys

6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
8      FAX: (415) 436-7234
       William.frentzen@usdoj.gov
9      Susan.badger@usdoj.gov
       Waqar.hasib@usdoj.gov
10

11 Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 14 0196 CRB |
| v. | UNITED STATES' MOTION TO SEAL ITS CONSOLIDATED OPPOSITION TO DEFENDANTS' ANTICIPATED MOTION FOR A MISTRIAL AND RENEWED MOTION TO COMPEL DISCLOSURE OF TRUE IDENTITIES OF UNDERCOVER AGENTS AND [PROPOSED] ORDER |
| KWOK CHEUNG CHOW, et al. | |
| Defendants. | |

The United States of America, by and through Assistant United States Attorneys William Frentzen, Susan E. Badger, and S. Waqar Hasib, respectfully submits this motion requesting that the Court order that the United States' Consolidated Opposition to Defendants' Anticipated Motion for a Mistrial and Renewed Motion to Compel Disclosure of True Identities of Undercover Agents and any resulting order be filed under seal.

1  As grounds for this motion, the United States states that the content of the United States'
2  Consolidated Opposition to Defendants' Anticipated Motion for a Mistrial and Renewed Motion to
3  Compel Disclosure of True Identities of Undercover Agents contains information that is governed by a
4  protective order.

5  WHEREFORE, the United States respectfully requests that the Court order that the United
6  States' Consolidated Opposition to Defendants' Anticipated Motion for a Mistrial and Renewed Motion
7  to Compel Disclosure of True Identities of Undercover Agents and any resulting order be sealed until
8  further order of the Court for the reasons set forth herein.

DATED: December 1, 2015                    Respectfully submitted,

                                           BRIAN J. STRETCH
                                           Acting United States Attorney

                                                   /s/
                                           WILLIAM FRENTZEN
                                           SUSAN E. BADGER
                                           S. WAQAR HASIB
                                           Assistant United States Attorneys


[PROPOSED] ORDER

Upon the motion of the United States, and good cause appearing, IT IS HEREBY ORDERED THAT the United States' Consolidated Opposition to Defendants' Anticipated Motion for a Mistrial and Renewed Motion to Compel Disclosure of True Identities of Undercover Agents in the above-captioned case be filed under seal until further notice from this Court.

IT IS SO ORDERED.

DATED:  December _____, 2015        _____
                                       HONORABLE CHARLES R. BREYER
                                       United States District Court Judge