BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
SUSAN E. BADGER (CABN 124365)
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    William.frentzen@usdoj.gov
    Susan.badger@usdoj.gov
    Waqar.hasib@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 14-0196 CRB |
| v. | UNITED STATES' NOTICE OF CERTIFICATION |
| KWOK CHEUNG CHOW, et. al., | |
| Defendants. | |

      The United States hereby certifies that it has provided counsel for defendant CHOW information

relating to the background, training, and government employment of undercover agents testifying in this

case.

///

///

1    DATED: December 2, 2015                    Respectfully submitted,

2                                               BRIAN J. STRETCH
                                                Acting United States Attorney
3
                                                        /s/
4    _____
                                                SUSAN E. BADGER
5                                               WILLIAM FRENTZEN
                                                S. WAQAR HASIB
6                                               Assistant United States Attorneys

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28